UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHIVAN BASSAW,
                         Plaintiff,

          -against-

PROVANTAGE LLC,
                        Defendant.
------------------------------------------------------------X

23 Civ. 4272 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 26, 2023, required the parties to file a proposed case management plan and joint letter by July 12, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for July 19, 2023, at 4:20 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **July 17, 2023.**

Dated: July 13, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE